**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MTISHA JACKSON                                                    PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:16-CV-345-HTW-LRA

DEPARTMENT OF HUMAN SERVICES                              DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Plaintiff has filed no objection.  Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's motion for leave to proceed in forma pauperis is granted, but her complaint is dismissed with prejudice as frivolous and for failing to state a claim upon which relief may be granted.

Further, the Clerk of the Court is directed to refuse to file any future complaints or initial civil pleadings of any kind from Mtisha Jackson unless that pleading is accompanied by advance written permission from a district or magistrate judge of this court, as ordered by Judge Lee's in *Mtisha Jackson v. Chrysler Capital Finance Company*, Civil Action No. 3:16-cv-389-TSL-RHW (S.D. Miss. 2006).

**SO ORDERED AND ADJUDGED, this the 13th day of July, 2016.**


s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE